No. 92-5540. BOSTON *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 92-5541. WILLIAMS *v.* IDAHO STATE BAR. Sup. Ct. Idaho. Certiorari denied.

No. 92-5543. COTTEN *v.* COTTEN. Ct. App. Ohio, Marion County. Certiorari denied.

No. 92-5544. STEWART *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92-5546. ARIO *v.* GOMEZ, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 92-5552. ARNOLD *v.* RESOLUTION TRUST CORPORATION, AS RECEIVER FOR GERMANIA BANK, F. S. B. C. A. 8th Cir. Certiorari denied.

No. 92-5553. WRIGHT *v.* LOUISIANA. Ct. App. La., 5th Cir. Certiorari denied.

No. 92-5559. MARTIN *v.* ROBERTS, DEPUTY SECRETARY, DIVISION OF FACILITY MANAGEMENT, ET AL. C. A. 10th Cir. Certiorari denied.

No. 92-5563. PEAVEY *v.* POLYTECHNIC INSTITUTE OF NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 92-5565. ROBINSON *v.* MONTANA DEPARTMENT OF FAMILY SERVICES ET AL. Sup. Ct. Mont. Certiorari denied.

No. 92-5566. PEARCE *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 92-5572. SIMPSON *v.* SIMPSON. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 92-5575. TUCKER *v.* TUCKER ET AL. Sup. Ct. Kan. Certiorari denied.

No. 92-5581. MITCHELL *v.* EBERHART, WARDEN. C. A. 6th Cir. Certiorari denied.